## JUAN v. INGOLDSBY.

An appeal does not lie from an order granting a change of *venue*.
Appeals from interlocutory orders are the creations of statute, and cannot be extended by implication.

APPEAL from the District Court of the Third Judicial District, County of Santa Cruz.

This was an appeal taken from an order granting a change of the place of trial of this action, to the District Court for the county of Contra Costa.

*R. F. Peckham,* for Appellant.

The opinion of the Court was delivered by Mr. Justice HEYDEN-FELDT. Mr. Chief Justice MURRAY concurred.

The Practice Act provides an appeal from interlocutory orders refusing to change the place of trial; no appeal is allowed from orders where the change is granted.

Appeals from interlocutory orders are the creations of statute, and cannot be extended by implication.

Appeal dismissed.